UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN KNIFFEN,

       Plaintiff,                 Civil Action No. 14-CV-10106

vs.

                                  HON. MARK A. GOLDSMITH

SOCIAL SECURITY ADMINISTRATION,

       Defendant.
_____/

**ORDER**
**(1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED JANUARY 12, 2015 (Dkt. 17), (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. 15), (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. 16), and**
**(4) REMANDING TO THE COMMISSIONER**

       This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge R. Steven Whalen, issued on January 12, 2015.  In the R&R, the Magistrate Judge recommends granting Plaintiff's motion for summary judgment, denying Defendant's motion for summary judgment, and remanding to the Commissioner for further proceedings.  The parties have not filed objections to the R&R, and the time to do so has expired.  See Fed. R. Civ. P. 72(b)(2).  The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons.  Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court.  Accordingly, Plaintiff's motion for summary judgment (Dkt. 15) is granted, Defendant's motion for summary judgment is denied (Dkt. 16), and the case is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four.

       SO ORDERED.

Dated:  February 18, 2015         s/Mark A. Goldsmith
       Detroit, Michigan          MARK A. GOLDSMITH
                                       United States District Judge

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 18, 2015.

s/Johnetta M. Curry-Williams<br>
Case Manager